SARAH E. MACDONALD, Respondent, *v.* LOTON H. SLAW-
SON, Appellant, Impleaded with Another.

*Appeal from unanimous affirmance dismissed.*

MacDonald v. Slawson, 192 App. Div. 902, appeal dismissed.

(Submitted June 1, 1920; decided June 8, 1920.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered May 21, 1920, unanimously
affirming a judgment in favor of plaintiff entered upon a
decision of the court on trial at Special Term. The
motion was made upon the ground that the judgment of
the Appellate Division was unanimous and permission
to appeal had not been obtained.

*Justin L. Miner* for motion.

*John T. McGovern* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

NACIREMA COMPANY, Respondent, *v.* FRANK J. CASSIDY,
Appellant.

(Submitted June 1, 1920; decided June 8, 1920.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 228 N. Y.
459.)